AFSCME, COUNCIL 4, LOCAL 1565 *v.* DEPARTMENT OF CORRECTION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 107 Conn. App. 321 (AC 28320), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the arbitration award affirming the firing of the grievant based upon her application for and acceptance of accelerated rehabilitation?"

The Supreme Court docket number is SC 18187.

*Todd D. Fernow* and *J. William Gagne, Jr.*, in support of the petition.

*Thomas P. Clifford III*, assistant attorney general, in opposition.

Decided July 17, 2008

STATE OF CONNECTICUT *v.* RAYMOND APONTE

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 905 (AC 28585), is denied.

*Raymond Aponte*, pro se, in support of the petition.

Decided July 17, 2008

STATE OF CONNECTICUT *v.* MICHAEL GAY

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 211 (AC 27667), is denied.

*Michael Zariphes*, special public defender, in support of the petition.